IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA *ex rel.* MARK F. BAUCOM, M.D., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:11-cv-4260-AT |
| FAMILY DERMATOLOGY P.C., DATABASED, INC., PAULA NELSON, M.D. and YINKA ADESOKAN | ) ) ) ) ) | |
| Defendants. | ) ) | |

## UNITED STATES', STATE OF GEORGIA'S, AND RELATOR'S JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the *qui tam* provisions of the Georgia False Medicaid Claims Act, O.C.G.A. §49-4-168.2(b), and in accordance with the terms and conditions of the Settlement Agreement ("Agreement"), with an Effective Date of April 21, 2015, between the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General (OIG-HHS) of the Department of Health

and Human Services (HHS) (collectively, the "United States"); Family Dermatology, P.C., Databased, Inc., Paula Nelson, M.D., Yinka Adesokan, and Relator Mark F. Baucom, M.D. ("Relator"), through their authorized representatives; the United States, the State of Georgia, and Relator hereby stipulate, through their undersigned counsel, to the entry of an order in Civil Action No. 1:11-CV-4260-AT (the "Civil Action"), as follows:

   a. dismissing with prejudice as to the Relator's claims against Family Dermatology, P.C., et. al. in the Civil Action, pursuant to and consistent with the terms and conditions of the Agreement;

   b. dismissing with prejudice as to the United States' claims against Family Dermatology, P.C., et. al. as to the Covered Conduct, as defined in the Settlement Agreement;

   c. dismissing without prejudice as to the United States as to all other claims;

   d. dismissing without prejudice as to the State of Georgia as to all claims against Family Dermatology, P.C., et. al., including those claims related to the Covered Conduct, as the State of Georgia was not a party to the Settlement Agreement; and

e.  reserving jurisdiction with the Court to address any claims arising from a

violation of the settlement agreement.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

JOHN A. HORN
ACTING UNITED STATES ATTORNEY

/s/ Emily Shingler
EMILY SHINGLER
Assistant U.S. Attorney
Georgia Bar No. 311482
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6228
Facsimile: (404) 581-6181
Email: Emily.Shingler@usdoj.gov

CHRISTOPHER J. HUBER
Assistant U.S. Attorney
Georgia Bar No. 545627
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6292
Facsimile: (404) 581-6181
Email: christopher.huber@usdoj.gov

Counsel for the United States of America

SAMUEL S. OLENS
ATTORNEY GENERAL

/s/ Elizabeth S. White
ELIZABETH S. WHITE
Assistant Attorney General
Georgia Bar No. 258844
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA 30334
Telephone: (404) 656-4145
Facsimile: (404) 656-7441
ewhite@law.ga.gov

Counsel for the State of Georgia

/s/ Louis C. Szura
LOUIS C. SZURA
Vezina Law, PLC
280 North Old Woodward, Suite LL20
Birmingham, MI  48009
Telephone: (248) 558-2700

Attorney for Plaintiff-Relator

May 11, 2015

CERTIFICATE OF SERVICE

I hereby certify that the United States' and Relator's Joint Stipulation for

Dismissal as to Defendants and Proposed Order, were served by mailing true

copies thereof by first class mail, with adequate postage affixed thereto, addressed

to:

Louis C. Szura
Vezina Law, PLC
280 North Old Woodward, Suite LL20
Birmingham, MI  48009

Elizabeth White
Assistant Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA  30334

This 11th day of May 2015.

/s/ Emily Shingler
EMILY SHINGLER
ASSISTANT U.S. ATTORNEY